UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

PLATEAU INSURANCE COMPANY,

        Plaintiff,

v.                                  Case No. 1:23-CV-02311

AMWINS CONNECT ADMINISTRATORS, INC.,

        Defendant.

---

**DEFENDANT AMWINS CONNECT ADMINISTRATORS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**

---

PLEASE TAKE NOTICE that on a date and time to be set by the Court, we shall appear before the Honorable Judge John F. Kness in Courtroom 2125 in the Northern District of Illinois, Eastern Division to present Defendant Amwins Connect Administrators, Inc.'s ("Amwins") ***Motion to Dismiss Plaintiff's Complaint***.

Amwins, by their attorneys, Reinhart Boerner Van Deuren s.c., move the Court pursuant to Federal Rules of Procedure 12(b)(2) and 12(b)(3) for an order dismissing Plaintiff's Complaint for lack of jurisdiction and improper venue. The grounds for this motion are set forth in the contemporaneously filed supporting memorandum of law, the Declaration of Sallie Rapski, and the entire case record.

Dated this 8th day of June, 2023.

/s/ Danielle E. Marocchi
David G. Hanson
NDIL Trial Bar ID 90785044
dhanson@reinhartlaw.com
Amanda R. Cefalu
MN State Bar ID No. 0309436
acefalu@reinhartlaw.com
Danielle E. Marocchi
WI State Bar ID No. 1103023
dmarocchi@reinhartlaw.com
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-1000
Facsimile: 414-298-8097

Mailing Address:
P.O. Box 2965
Milwaukee, WI 53201-2965

*Attorneys for Defendant*

49569176